UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>ANN MARIE SCHUBERT,<br><br>Defendant. | No. 2:22-cv-00339-JAM-CKD PS<br><br><br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On May 18, 2022, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 5.) Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed May 18, 2022 (ECF No. 5) are **ADOPTED** in full;

////

1

2. Plaintiff's amended complaint (ECF No. 4) is **DISMISSED** without further leave to amend for failure to state a claim; and

3. The Clerk of the Court is **DIRECTED** to close this case.

Dated: July 18, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

8.Foster22cv339.jo